JS-6

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARLA K. LETELLIER (CSBN 234969)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (415) 977-8928
Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NATHANIEL RASHARD ROZZELLE, | Case No. 5:24-cv-02286-SSC |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] JUDGMENT RE VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) |
| LELAND DUDEK, Acting Commissioner of Social Security, | |
| Defendant. | |

Having approved the parties' joint stipulation to voluntary remand

pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE

[Proposed] Judgment Re Remand        Page 1

1   COURT ADJUDGES AND DECRESS that judgment be entered for Plaintiff.

2      Dated this 14 day of May, 2025.

_____
STEPHANIE S. CHRISTENSEN
United States Magistrate Judge